02-12-344-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00344-CR

 

 


 
 
 Ex parte 
  
  
 Jaime Alvarez Ramirez
 
 
  
 
 
  
 
 
 
 
  
  
 
 


 

 

------------

 

FROM County
Criminal Court No. 2 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered “Appellant=s Motion To Withdraw Notice
Of Appeal And To Dismiss Appeal As Being Moot.”  The motion complies with rule
42.2(a) of the rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this
court having been delivered before we received this motion, we grant the motion
and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

 

PER
CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  September 13,
2012

 

 









[1]See Tex. R. App. P. 47.4.